# STAN STANART
## COUNTY CLERK, HARRIS COUNTY, TEXAS
### PROBATE COURTS DEPARTMENT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/10/2015 4:48:30 PM
CHRISTOPHER A. PRINE
Clerk

10th day of March, 2015

CANDACE SCHWAGER
1417 RAMADA DR.
HOUSTON, TEXAS 77062

RE: In the Estate of: RUBY S. PETERSON, INCAPACITATED
Cause No.: 427208-401

Dear MS. SCHWAGER,

Please be advised that we are in receipt of your Notice of Appeal, filed FEBRUARY 9, 2015. We herewith notify you that your appeal is due MARCH 11, 2015. At this time I am notifying you that the appeal is assigned to the 1ST Court of Appeals.

Pursuant to TRAP 34.5 b(2) a designation must be specific. Please provide the names of the documents being requested, the date documents were filed and date of any signed orders. You will be responsible for the cost of the record which is $1.00 per page. Your appeal must be prepared and paid for before MARCH 11, 2015.

Please contact our office with this information as soon as possible. If you no longer wish to appeal this matter, please notify us in writing and deliver to me for filing.

If you have any further questions regarding this matter, please feel free to contact Marisol Hastings at 713-755-6425.

Sincerely,

STAN STANART,
Harris County Clerk

JACQUELINE F. WASHINGTON
Department Head
Probate Courts Department
(713)755-6425

SS/JFW/

CC: First Court of Appeals
301 Fannin Street
Houston, Texas 77002

PBT-2015-80721

1